UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA RODRIGUEZ,<br><br>　　　　Plaintiff,<br>　　vs.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. EDCV 14-2573-JLS (RNB)<br><br>ORDER TO SHOW CAUSE |

　　　Plaintiff filed this action pro se on December 16, 2014.  In ¶ I of its December 18, 2014 Case Management Order, the Court ordered plaintiff to promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1, and to then promptly file a proof of service showing compliance with that paragraph.  Further, the Court forewarned plaintiff that the failure to effectuate proper service within one hundred and twenty (120) days after the filing of the Complaint might result in the dismissal of this case.  See Fed. R. Civ. P. 4(m).

　　　The 120-day period lapsed on April 15, 2015, and no proof of service has yet been filed.  Thus, it appears that the Commissioner has not yet been properly served.

　　　IT THEREFORE IS ORDERED that, on or before **May 15, 2015**, plaintiff shall show good cause, if there be any, why proper service was not made within the 120-

1

1  day period and why this case should not be dismissed without prejudice for want of
2  prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed
3  by plaintiff under penalty of perjury. **If plaintiff does not timely file such a**
4  **declaration or if plaintiff fails to show good cause for her failure to timely serve,**
5  **the Court will recommend that the action be dismissed without prejudice for**
6  **plaintiff's failure to prosecute.** See Fed. R. Civ. P. 4(m); Local Rule 41-1; Link v.
7  Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); see also
8  Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

10  DATED: April 23, 2015

_/s/ Robert N. Block_
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE